**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Jackson, | No. CV-20-01869-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Mesa Community College, et al., | |
| Defendants. | |

On September 25, 2020, *pro se* Plaintiff initiated this action by paying a $400 filing fee and filing the Complaint (Doc. 1). The Court's standard preliminary order issued three days later. (Doc. 4.)

On October 26, 2020, Plaintiff filed the First Amended Complaint ("FAC") (Doc. 5), along with a document which was docketed as a "Notice of Filing Amended Pleading pursuant to LRCiv 15.1(b) (Redline document)" (Doc. 6). This latter document does not include a notice; rather, it appears to be a copy of the original complaint with the first paragraph struck out in redline—which does not accurately indicate in what respect the FAC differs from the original complaint. In other words, none of the requirements of LRCiv 15.1 have been met.

Moreover, the FAC contains an odd incongruity—in the upper left corner, it bears the name of a law firm (Gaona Law Firm) and the name of an attorney (David F. Gaona), as well as an email address, mailing address, and telephone number for that attorney—but immediately below, it states "Pro Se Litigant Darlene Jackson," and it is signed by Ms.

Jackson, not by Mr. Gaona. (Doc. 5 at 1, 3.) Obviously, a party cannot be represented by counsel *and* appearing *pro se*, as "*pro se*" means unrepresented by counsel. If Ms. Jackson drafted and filed these papers as an unrepresented party, it is not clear why she placed an attorney's name on these papers.

The FAC (Doc. 5) and the accompanying document (Doc. 6) will be struck without prejudice to Plaintiff's right to file an amended complaint as a matter of course that adheres to the requirements of LRCiv 15.1. Plaintiff is cautioned that a litigant may not appear *pro se* while receiving assistance from an attorney. *Smallwood v. NCsoft Corp.*, 730 F. Supp. 2d 1213, 1222 (D. Haw. 2010). The Clerk of Court will be ordered to send a copy of this order to Mr. Gaona, who is directed to file a notice of appearance if he is indeed representing Plaintiff in this action.

Accordingly,

**IT IS ORDERED** that the FAC (Doc. 5) and accompanying document (Doc. 6) are struck.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to David F. Gaona at the address listed on the FAC. If Mr. Gaona is representing Plaintiff in this action, he is directed to file a notice of appearance within seven days of this order.

Dated this 28th day of October, 2020.

Dominic W. Lanza
United States District Judge

- 2 -